UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| In re Application of:<br><br>THE GOVERNMENT OF GHANA<br><br>     Applicant. | Case No. 2:11-mc-09002 v |

## APPLICATION OF THE GOVERNMENT OF GHANA
## FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Pursuant to 28 U.S.C. § 1782, the Government of Ghana (the "GoG") respectfully applies for an order directing ProEnergy Services International, Inc. and ProEnergy Services LLC (collectively "ProEnergy") to produce the documents identified in Appendix A to the attached Proposed Order for use in a foreign proceeding pending before the High Court of Justice (Commercial Division) ("the High Court") in Accra, Ghana.

The GoG meets all three of the statutory requirements for the issuance of an order compelling the requested discovery. *First*, the GoG is a party to the High Court proceeding and thus an "interested person" pursuant to Section 1782. *Second*, the discovery sought is for use in that foreign court proceeding. *Third*, ProEnergy, the target of the discovery, is found within this district. Moreover, the discretionary factors that this Court may consider favor granting this Application. For these reasons, a well as the reasons set forth more fully in the Suggestions in Support of the Application of the Government of Ghana for Discovery Pursuant to 28 U.S.C. § 1782, the GoG respectfully requests that its Application be granted.

Dated: January 25, 2011					Respectfully submitted,

							SHOOK, HARDY & BACON, LLP


							/s/ Brian P. Baggott_____
							Stanley D. Davis, MO Bar #46411
							sddavis@shb.com
							Brian P. Baggott, MO Bar #58494
							bbaggott@shb.com
							2555 Grand Boulevard
							Kansas City, MO 64108-2613
							Telephone: (816) 474-6550
							Facsimile: (816) 421-5547

							DEWEY & LEBOEUF LLP
							Jonathan D. Siegfried (*pro hac vice pending*)
							jsiegfried@dl.com
							Jeffrey J. Amato (*pro hac vice pending*)
							jamato@dl.com
							1301 Avenue of the Americas
							New York, NY 10019-6092
							Telephone: (212) 259-8000
							Facsimile: (212) 259-6333

							*Attorneys for Applicant The Government of Ghana*