# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

---

**Plaintiff(s):** The Government of Ghana

County of Residence: Outside State of Missouri
County Where Claim For Relief Arose: Pettis

**Defendant(s):**

County of Residence: Pettis

Plaintiff's Atty(s):
**Brian Patrick Baggott, Attorney**
**Shook, Hardy & Bacon, LLP**
**2555 Grand Blvd.**
**Kansas City, Missouri 64108**
**(816) 474-6550**

Defendant's Atty(s):

---

II. Basis of Jurisdiction:        3. Federal Question (U.S. not a party)

III. Citizenship of Principal
Parties (Diversity Cases Only)
         Plaintiff:- 6 Foreign State
         Defendant:- N/A

IV. Origin :           1. Original Proceeding

V. Nature of Suit:     890 Other Statutory Actions

VI. Cause of Action:   28 U.S.C. 1782; Application for Discovery for Use in a Foreign Proceeding

VII. Requested in Complaint
         Class Action:
         Dollar Demand:
         Jury Demand: No

---

Signature: /s/ Brian P. Baggott

Date: 1/25/2011

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**          Revised: 05/09/06