UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

In re Application of:

THE GOVERNMENT OF GHANA

Case No. 2:11-mc-09002-SOW

Applicant.

## SUPPLEMENTAL DECLARATION OF JEFFREY J. AMATO IN SUPPORT OF THE GOVERNMENT OF GHANA'S OPPOSITION TO MOTION OF BALKAN ENERGY LIMITED (GHANA) TO INTERVENE AND FOR RECONSIDERATION OF THE COURT'S FEBRUARY 7, 2011 ORDER

Jeffrey J. Amato hereby declares as follows:

1. I am an attorney with the law firm of Dewey & LeBoeuf LLP, counsel to the Applicant The Government of Ghana. I make this declaration, of my own personal knowledge, in support of The Government of Ghana's Opposition to Motion of Balkan Energy Limited (Ghana) to Intervene and for Reconsideration of the Court's February 7, 2011 Order.

2. Attached hereto as Exhibit A is a true and correct copy of relevant portions of the Interim Award, dated December 22, 2010, in *In the Matter of Balkan Energy Ltd. (Ghana) and The Republic of Ghana*, PCA Case No. 2010-7.

3. Attached hereto as Exhibit B is a true and correct copy of Pre-trial Conference/Settlement Issues Agreed to be Tried, dated January 31, 2011,[1] in *Attorney-General*

---

[1] As stated in the Government of Ghana's Opposition to Motion of Balkan Energy Limited (Ghana) to Intervene and for Reconsideration of the Court's February 7, 2011 Order, the order of Justice Adjei-Frimpong is incorrectly dated January 31, 2010. As the High Court proceeding was not commenced until June of 2010, the GoG represents that this order should have been dated January 31, 2011.

v. *Balkan Energy Co. LLC, et al.*, No. BDC/32/10 (Superior Court of Judicature, High Court of Justice, Accra).

4. Attached hereto as Exhibit C is a true and correct copy of Hearing Notice to Parties, dated February 8, 2011, in *Attorney-General v. Balkan Energy Co. LLC, et al.*, No. BDC/32/10 (Superior Court of Judicature, High Court of Justice, Accra).

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Jonathan D. Siegfried to Robert W. Russell, "Re: *In re Application of: The Government of Ghana*, Case No. 2:11-mc-09002 v," dated February 18, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11, 2011 in New York, New York

_____
Jeffrey J. Amato

2